# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VIDEOSHARE, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>YOUTUBE, LLC,<br><br>        Defendant. | Case No. 1:12-cv-12012-MLW<br><br>JURY TRIAL DEMANDED |

## YOUTUBE LLC'S MOTION FOR LEAVE TO AMEND ITS COUNTERCLAIMS AND JOIN GOOGLE INC. AS A COUNTERCLAIM-PLAINTIFF

Pursuant to Federal Rule of Civil Procedure 15(d), YouTube, LLC ("YouTube") respectfully moves for leave to amend its counterclaims against VideoShare, LLC ("Plaintiff"). YouTube submits the accompanying Memorandum in Support of Its Motion, which is herein incorporated-by-reference.

Specifically, YouTube's amendment seeks a declaratory judgment of non-infringement, invalidity, and unenforceability of U.S. Patent Nos. 8,438,608 and 8,464,302, purportedly assigned to Plaintiff. YouTube also requests leave to join Google Inc. as a Counterclaim-Plaintiff pursuant to Federal Rules of Civil Procedure 13(h) and 20. A copy of YouTube's proposed First Amended Answer, Defenses, and Counterclaims is attached as Exhibit A to the Memorandum in Support of Its Motion.

WHEREFORE, YouTube respectfully requests that the Court grant leave to file its proposed First Amended Answer, Defenses, and Counterclaims.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), YouTube respectfully requests oral argument to assist in the Court's determination of this motion.

Dated: July 2, 2013                                                   Respectfully Submitted,

/s/ Cono A. Carrano
Cono A. Carrano
ccarrano@akingump.com
David Vondle
dvondle@akingump.com
Emily C. Johnson (*pro hac vice pending*)
Johnsone@akingump.com
Romeao Jennings
rjennings@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave, NW
Washington DC, 20036
(T) 202.887.4000
(F) 202.887.4288

Dianne Elderkin
delderkin@akingump.com
Julie Goldemberg
jgoldemberg@akingump.com
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
(T) 215.965.1200
(F) 215.965.1210

J. Patrick Kennedy, BBO# 565778
pkennedy@bulkley.com
Bulkley, Richardson and Gelinas, LLP
125 High Street
Oliver Street Tower, 16th Floor
Boston, MA 02110
(617) 368-2500

**ATTORNEYS FOR DEFENDANT YOUTUBE, LLC**

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

I, Cono A. Carrano, hereby certify that I conferred with counsel for the Plaintiff via telephone on July 1, 2013 in an attempt in good faith to resolve or narrow the issue presented in this motion.  The Plaintiff did not consent to the filing of the First Amended Answer, Defenses, and Counterclaims.

*/s/ Cono A. Carrano*
Cono A. Carrano

**CERTIFICATE OF SERVICE**

I, David Vondle, hereby certify that a true and correct copy of the above document was served upon the attorney of record for each other party via this Court's CM/ECF system on July 2, 2013.

*/s/ David Vondle*
David Vondle